

# NUMBER 13-23-00555-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## EX PARTE ANNA MERCEDEZ GUTIERREZ

On appeal from the 63rd District Court
of Kinney County, Texas.

# MEMORANDUM OPINION

**Before Justices Longoria, Silva, and Peña**
**Memorandum Opinion by Justice Peña**

This cause is before the Court on appellant's motion to dismiss this appeal.[1] The motion was signed by both counsel and appellant. We find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals in San Antonio pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

Accordingly, the motion to dismiss is granted. Without passing on the merits of the case, the appeal is hereby dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
15th day of February, 2024.